IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )   Case No. 2:13-cr-185-MMD-VCF
      Plaintiff,             )
                             )   **ORDER TEMPORARILY UNSEALING**
  vs.                         )   **TRANSCRIPT**
ROBERT C. BARROW,            )
      Defendant.             )
_____)

On August 19, 2014, Katherine Eismann, Official Court Reporter, received a Transcript Order from Paul D. Riddle, counsel for defendant, requesting a transcript of the sealed hearing December 10, 2013, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Paul D. Riddle.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 20th day of August 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE