UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ROBERT C. BARROW,  )<br>  )<br>  Defendant.  )<br>_____ ) | 2:13-cr-00185-MMD-VCF<br><br>**ORDER** |

On January 14, 2015, the Court granted the Defendant's [#110] Motion to Dismiss and Appoint New Counsel.

Accordingly, IT IS HEREBY ORDERED that Michael P. Kimbrell is APPOINTED as counsel for Robert C. Barrow for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Kimbrell forthwith.

DATED this 20 day of January, 2015.
Nunc Pro Tunc January 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

Case 2:13-cr-00185-MMD-VCF   Document 122   Filed 01/20/15   Page 2 of 2