UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. BARROW,<br><br>Defendant. | Case No. 2:13-cr-00185-MMD-VCF<br><br>ORDER |

Plaintiff sent a letter to the Court (dkt. no. 139). Plaintiff is admonished that *ex parte* communications with a judge are inappropriate in most circumstances. *See* Local Rules, Part II, LR 7-6. Moreover, pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. Letters to a judge will be disregarded, and the Court will not take any action in response to the letter.

DATED THIS 10th day of August 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE