# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ROBERT BARROW,<br><br>            Defendants. | 2:13-cr-00185-MMD-VCF<br><br>**ORDER** |

Before the court is Defendant Robert Barrow's letter, to the Honorable United States District Judge Miranda M. Du, regarding ineffective assistance of counsel. (#166). This matter has been referred to the undersigned magistrate judge. This letter will be treated as a motion to dismiss counsel.

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's motion to dismiss counsel (#166) is scheduled for 1:30 p.m., February 4, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 13th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE