**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT C. BARROW, *true name Robert C. Barrows, Sr.*,<br><br>　　　　　　Defendant. | 2:13-cr-00185-MMD-VCF<br>**<u>ORDER</u>** |

　　　Before the court is the Motion to Withdraw as Attorney (#168).

　　　IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Attorney (#168) is scheduled for 1:30 p.m., February 4, 2016, courtroom 3D.

　　　DATED this 26th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　	　　　　　　UNITED STATES MAGISTRATE JUDGE