# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

ROBERT C. BARROW, *true name Robert C. Barrows, Sr.*,

               Defendant.

2:13-cr-00185-MMD-VCF

**ORDER**

Before the court are the Motion to Dismiss Attorney (#166) and Motion to Withdraw as Attorney (#168).

IT IS HEREBY ORDERED that the hearing, on the Motion to Dismiss Attorney (#166) and Motion to Withdraw as Attorney (#168), scheduled for 1:30 p.m., February 4, 2016 is advanced to 11:00 a.m., February 4, 2016.

The U.S. Marshal is directed to transport Defendant Robert Barrows to and from the hearing.

DATED this 29th day of January, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE