UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>ROBERT C. BARROW,<br><br>    Defendant. | 2:13-cr-00185-MMD-VCF<br><br><br>ORDER |

  On February 4, 2016, this Court granted Motion to Withdraw as Attorney (#168).

  IT IS HEREBY ORDERED that The Federal Public Defender will represent the defendant, Robert C. Barrow for all future proceedings, as stated on the record.

  Brian Smith shall forward the file to The Federal Public Defender's office forthwith.

  DATED this____4th____day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH